# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAWN R. HILL<br>            Petitioner,<br>v.<br>TAMMY FERGUSON, *et al.*<br>            Respondents. | CIVIL ACTION NO. 17-1076 |

## ORDER

**AND NOW,** this 3rd day of September 2019, upon careful and independent consideration of the Petition for Writ of Habeas Corpus, and all related filings, and upon review of the Report and Recommendation ("R&R") of United States Magistrate Elizabeth T. Hey, and for the reasons stated in the separate Order approving and adopting the R&R, it is hereby **ORDERED** that:

1. The Petition for Writ of Habeas Corpus is **DISMISSED WITH PREJUDICE** and without an evidentiary hearing;

2. There is no probable cause to issue a certificate of appealability[1]; and

3. The Clerk of Court is directed to **CLOSE** the case.

It is so **ORDERED**.

                                                                     **BY THE COURT:**

                                                                     /s/ Cynthia M. Rufe

                                                                     **CYNTHIA M. RUFE, J.**

---

[1] There is no basis for concluding that "reasonable jurists could debate whether . . . the petition should have been resolved in a different manner or that the issues presented were adequate to deserve encouragement to proceed further." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000) (internal citation omitted).