# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAWN HILL,<br>    Petitioner,<br><br>        v.<br><br>JAY LANE, *et al.*,<br>    Respondents. | :<br>:<br>:<br>:   CIVIL ACTION NO. 17-CV-1076<br>:<br>:<br>: |

## ORDER

**AND NOW**, this 21st day of February 2023, in consideration of Petitioner Shawn Hill's Motion for Relief from Judgment Under Fed. R. Civ. P. 60(b) (ECF No. 46), it is **ORDERED** that:

1. The Clerk of Court is **DIRECTED** to reopen this case.

2. The Motion is **DISMISSED** for lack of subject matter jurisdiction without prejudice to Hill's right to file with the United States Court of Appeals for the Third Circuit an application to file a second or successive habeas petition. *See* 28 U.S.C. § 2244(b)(3)(A).

3. A Certificate of Appealability is **DENIED** pursuant to 28 U.S.C. § 2253(c) because reasonable jurists would not debate the propriety of this Court's procedural ruling with respect to these claims. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

4. The Clerk of Court is **DIRECTED** to close this case.

                                  **BY THE COURT:**

                                  /s/ Cynthia M. Rufe

                                  **CYNTHIA M. RUFE, J.**